In the Matter of the Application of L. WALTER STEPHENS and MAUDE MARIE STEPHENS to Compel MAURICE B. GLADSTONE, Attorney, to Account and Pay

Over Monies Collected by Him as Attorney at Law, and for Other Relief as Contained Herein. MAUDE MARIE STEPHENS v. L. WALTER STEPHENS. (Action No. 1.) MAUDE MARIE STEPHENS v. L. WALTER STEPHENS and Others. (Action No. 2.) — Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.